No. 844. RASH, ADMINISTRATOR, *v.* NORFOLK & WESTERN RY. Co. May 1, 1939. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied

for the want of a final judgment. *Mr. A. A. Lilly* for petitioner. *Messrs. Whitwell W. Coxe, Joseph M. Sanders,* and *A. W. Reynolds* for respondent.